UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ACCESS FOR THE DISABLED, INC.,
et al.,

   Plaintiffs,        Case No. 1:08-cv-1199

v.               HON. JANET T. NEFF

JADE PIG VENTURES - BRETON
VILLAGE LLC

   Defendant.
_____/

**NOTICE OF IMPENDING DISMISSAL**

  The court records indicate that more than eight months have passed from the filing of the above complaint and defendant Jade Pig Ventures - Breton Village, LLC has not been served.

  To avoid dismissal pursuant to Fed. R. Civ. P. 4(m), if more time is necessary for service of process, counsel must execute a verified petition RE: Service of Process, advising the court:

  A.  That the case should not be dismissed as to the unserved defendant;

  B.  That the failure to obtain service upon this defendant is not due to the fault of the party or counsel seeking to avoid dismissal; and

  C.  The reasons why the case against the unserved defendant should not be dismissed, set forth in detail.

  This petition must be filed with the court on or before **August 28, 2009**.  By executing the petition RE:  Service of Process, you need not appear in support thereof until and/or unless so notified by the court.  If the court is satisfied that the case should not be dismissed as to the unserved

defendant, you will be so notified. If dismissal of the case as to the unserved defendant is satisfactory to you, no action is required. An Order of Dismissal shall be issued.

Date: August 19, 2009               /s/Janet T. Neff
                                                JANET T. NEFF
                                                United States District Judge