UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ACCESS FOR THE DISABLED, INC.,
et al.,

       Plaintiffs,

                          Case No.   1:08-cv-1199

v.

                          Hon. Janet T. Neff

JADE PIG VENTURES - BRENTON
VILLAGE, LLC,

       Defendant.
_____/

### ORDER OF DISMISSAL

This Court having issued a Notice of Impending Dismissal and plaintiff having failed to file a Verified Petition Re: Service of ProcessPetition for Retention;

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice, pursuant to Fed.R.Civ.P.4(m).


Dated:  November 9, 2009                     /s/Janet T. Neff
                                                           JANET T. NEFF
                                                           UNITED STATES DISTRICT JUDGE